LETTS, Judge.
The sale of a restaurant operation[1] allegedly fell through because the purchaser defaulted. The trial court granted a prejudgment writ of replevin under section 78.068, Florida Statutes (1989), but waived the requirement of a bond. We reverse.
*272 The above quoted Florida Statute is crystal clear. Under subsection (3), the petitioner must post a bond in accordance with the statutory terms. Zuckerman v. Professional Writers of Florida, Inc., 398 So.2d 870 (Fla. 4th DCA 1981), rev. denied, 411 So.2d 385 (Fla.1981).[2]
We find no merit in the second point on appeal.
REVERSED AND REMANDED.
STONE and WARNER, JJ., concur.

. The sale did not involve a transfer of title to real estate, but merely the assignment of a lease under which the seller was the lessee.

. It is noted that the writ of replevin was only applied for under section 78.068.